MESSMORE KENDALL et al., Suing on Their Own Behalf and on Behalf of All Other Similarly Situated Former Members of Oakland Golf Club Holding Certificates of Indebtedness of Said Club, Appellants, *v.* OAKLAND GOLF CLUB et al., Respondents.

Argued May 19, 1954; decided July 14, 1954.

*Lyon Boston* for appellants.

*Peter Keber, Leo P. Dorsey* and *Harry A. Le Bien* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: CONWAY, J.